John J. Talton, Chapter 13 Trustee  
Pay to: CLERK  Clerk of the Court  
Check No. 809527  
Please notify the Court & us of any changes made after filing of your claim  (ex. account number, address, claim assignment, etc.)

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| | | | NOTICE TO DEPOSIT FUNDS | | | | |
| 05-10219 | 001-0 | ANTHONY GUIDRY<br>Original Check written to:<br>WOLPOFF & ABRAMSON<br>TWO IRVINGTON CENTRE<br>702 KING FARM BLVD<br>ROCKVILLE, MD  20850 | xxxxx1379 | 9,539.06 | 144.32 | 0.00 | 144.32 |
| 05-10834 | 999-0 | RONALD J LAVERGNE<br>Original Check written to:<br>RONALD J LAVERGNE<br>4601 INWOOD DR<br>GROVES, TX  77619 | | 0.00 | 1.04 | 0.00 | 1.04 |
| 05-90167 | 003-0 | MYRTLE ELAINE GONERWAY<br>Original Check written to:<br>STEAMATIC OF LUFKIN & NACOGDOCHES<br>P.O. BOX 152035<br>LUFKIN, TX  75915-2035 | 2908 | 178.15 | 3.85 | 0.00 | 3.85 |
| 07-10630 | 003-0 | ANNETTE L. DANIELS<br>Original Check written to:<br>WELLS FARGO HOME MORTGAGE<br>405 SW 5TH STREET<br>PMT PROCESSING MAC # X2501-01D<br>DES MOINES, IA  50328- | 9758 | 3,588.86 | 0.00 | 254.80 | 254.80 |
| 09-10027 | 005-0 | DAVID K. JOLLEY<br>Original Check written to:<br>MID STATE TRUST<br>C/O WALTER MORTGAGE COMPANY<br>P.O. BOX 31601<br>TAMPA, FL  33631- | xxxxxxxxxxxxxx**** | 10,336.38 | 0.00 | 296.15 | 296.15 |
| 09-10027 | 002-0 | DAVID K. JOLLEY<br>Original Check written to:<br>JEFFERSON COUNTY TAC<br>P O BOX 2112<br>BEAUMONT, TX  77704- | xxxxxxxxxxxxxxxxx0000 | 1,849.63 | 0.00 | 53.00 | 53.00 |